Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| K.M, by and through her legal guardian, M.M,<br><br>Plaintiffs,<br><br>v.<br><br>SUMNER-BONNEY LAKE SCHOOL DISTRICT,<br><br>Defendant. | No. 3:23-05090-DGE<br><br>ORDER GRANTING LEAVE TO FILE UNREDACTED ADMINISTRATIVE RECORD UNDER SEAL |

This matter comes before the Court on the parties' stipulated motion to file the administrative record under seal.  The Court starts from the position that there is "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  Compelling reasons exist in this case.  The parties' interests in keeping the information in the record confidential to protect the minor student at issue outweighs the public's interest in disclosure of these confidential records.  *See id*.  Given the volume of the record and the prevalence of sensitive information contained in the record, redacting this confidential information would be overly burdensome and would render the record difficult to understand – and thus far less valuable – to the public and the

ORDER GRANTING LEAVE TO FILE
UNREDACTED ADMINISTRATIVE RECORD
UNDER SEAL - 1

Cause No. 3:23-05090-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1  Court. Accordingly, the Court GRANTS the parties' stipulated motion and DIRECTS the Clerk
2  to maintain the administrative record under seal once it is filed.
3        DATED this 27th day of March, 2023.

David G. Estudillo
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

By: /s/ Sarah C. Johnson
    Sarah Johnson, WSBA # 34529
    Susan Winkelman, WSBA # 49544
*Attorneys for Defendant Sumner-Bonney Lake School District*

CEDAR LAW PLLC

By: /s/ Lara Hruska
    Lara Hruska, WSBA #46531
    Alex Hagel, WSBA #55423
    Whitney Hill, WSBA #53715
*Attorneys for Plaintiff*

---

ORDER GRANTING LEAVE TO FILE
UNREDACTED ADMINISTRATIVE RECORD
UNDER SEAL - 2
Cause No. 3:23-05090-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750